UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JUDY GRAY;<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO HOME MORTGAGE; WORLD SAVINGS BANK, FSB; NBS DEFAULT SERVICES, LLC; and Does 1 through 100, inclusive,<br><br>    Defendants. | CASE NO.: 2:16-cv-05058-JKA-PLA<br><br>[Assigned to the Hon. John A. Kronstadt]<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL**<br><br>**JS-6** |

Pursuant to the joint stipulation of dismissal executed and filed by the parties, and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. The above-entitled action is dismissed in its entirety, *with prejudice*;
2. Each party in this action shall bear their own fees and costs; *and*
3. The Court shall close its file.

DATED: February 15, 2017

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE